UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS,

    Plaintiff,

  v.

DAN PACHOLKE *et al.*,

    Defendants.

Case No. C07-5631FDB/JKA

ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has been given leave to proceed *in forma pauperis.* Plaintiff asks for an extension of time to file a reply regarding his motion for injunctive relief (Dkt # 10). The record reflects Plaintiff was released from incarceration and on December 27, 2007. Plaintiff has filed a change of address (Dkt # 11).

    The change of address renders any argument regarding injunctive relief moot. Plaintiff now lacks standing to seek an injunction as he is no longer incarcerated at the Stafford Creek Corrections Center. See, City of Los Angeles v. Lyons, 461 U.S. 95 (1983); O'Shea v Littleton, 414 U.S. 488

ORDER PAGE 1

1  (1974); <u>Rizzo v Goode</u>, 423 U.S. 362 (1976); <u>Nelsen v King County</u>, 895 F.2d 1248 (9th Cir. 1990).

2      The motion is **DENIED.**

3      The Clerk is directed to send a copy of this Order to plaintiff, and remove (Dkt. # 10) from

4  the court's calendar.

6      DATED this 11 day of January, 2008.

7

8                                        /S/ *J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate Judge

28  ORDER PAGE 2