UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HILLARY WALLS,<br><br>            Plaintiff,<br><br>     v.<br><br>DAN PACHOLKE *et al*.,<br><br>            Defendants. | Case No. C07-5631 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DENYING INJUNCTIVE RELIEF |

       This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that Plaintiff's motion for injunction relief be denied. As detailed by the Magistrate Judge, Plaintiff lacks standing as he has been released from custody. Alternatively, Plaintiff has not shown an immediate threat of irreparable injury and no adequate remedy at law. For these reasons, the motion for injunctive relief should be denied.

       The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

     (1)    The Court adopts the Report and Recommendation;

     (2)    Plaintiff's request for injunctive relief is **DISMISSED.** Plaintiff's release from incarceration deprives him of standing to seek such relief. Further, plaintiff fails to show immediate threat of irreparable injury.

ORDER
Page - 1

(3)  Clerk is directed to send copies of this Order to plaintiff, counsel for defendants who have appeared, and to the Hon. J. Kelley Arnold.

DATED this 25th day of February, 2008.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE